**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | February 16, 2010 | Prob./Pret.: | N/A |
| Courtroom Deputy: | Robert R. Keech | Interpreters: | Cathy Bahr and |
| Court Reporter/ECR: | Therese Lindblom | | Susana Cahill |

Criminal Case No. **07-cr-00275-WYD**              Counsel:

UNITED STATES OF AMERICA,                         James R. Boma
                                                  Tonya S. Andrews
          Plaintiff,

v.

**3. RAFAEL RAMIREZ-BIRRUETA;**                   William L. Taylor
**7. ANA NEMECIA OROZCO;**                        Lisa F. Moses
**8. BEATRIZ MUNOZ-CARRILLO;**                    Peter R. Bornstein
**\*9. LUZ ELENA RODRIGUEZ-CARRILLO;**            Thomas E. Goodreid
**\*11. JOSE MARTINEZ;**                          Nathan D. Chambers
**14. ADRIAN ALLEN ROMERO;**                      Scott Jurdem
**\*15. EVARISTO OROSCO;**                        Harvey A. Steinberg
**\*16. MARTHA OROSCO;**                          Richard N. Stuckey
**21. JULIANA MONICA ATENCIO;**                   Thomas R. Ward
**23. CYNTHIA OROSCO**,                           Dana M. Casper

          Defendants.

**COURTROOM MINUTES**

**JAMES HEARING and MOTIONS HEARING**

**9:41 a.m.**    Court in Session - Defendant **11. Jose Martinez** (in-custody) and remaining defendants on bond.

                 APPEARANCES OF COUNSEL.

-1-

|  |  |
|---|---|
|  | Court's opening remarks. |
| 9:44 a.m. | Interpreters sworn (Spanish). |
|  | Government's Motion for Order [1447], filed October 6, 2009, is raised for argument. |
| 9:45 a.m. | Argument by Government (Mr. Boma). |
| 9:57 a.m. | Argument by Defendant Cynthia Orosco (Ms. Casper). |
| 10:01 a.m. | Argument by Defendant Evaristo Orosco (Mr. Steinberg). |
| 10:04 a.m. | Argument by Defendant Luz Elena Rodriguez-Carrillo (Mr. Bornstein). |
| 10:05 a.m. | Argument by Defendant Rafael Ramirez-Birrueta (Mr. Taylor). |
| 10:06 a.m. | Argument by Government (Mr. Boma). |
| **ORDERED:** | Government's Motion for Order [1447], filed October 6, 2009, is **TAKEN UNDER ADVISEMENT.** |
| 10:09 a.m. | Government's witness **Albert Villasuso** resumes. |
|  | Cross examination by Defendant Rafael Ramirez-Birrueta (Mr. Taylor).<br>*EX ID:        13* |
| 10:42 a.m. | Statement by Defendant Jose Martinez that the record should be closed as to Defendant Jose Martinez (Mr. Chambers). |
| 10:42 a.m. | Statement by Government (Mr. Boma). |
| 10:45 a.m. | Statement by Defendant Jose Martinez (Mr. Chambers). |
| 10:48 a.m. | Cross examination by Defendant Evaristo Orosco (Mr. Steinberg).<br>*EX ID:        13* |
| 10:55 a.m. | Cross examination by Defendant Juliana Monica Atencio (Mr. Ward).<br>*EX ID:        13* |
| **11:15 a.m.** | Court in Recess |
| **11:45 a.m.** | Court in Session |

| | |
|---|---|
| 11:45 a.m. | Cross examination by Defendant Cynthia Orosco (Ms. Casper).<br>***EX ID:        13*** |
| 12:11 p.m. | Cross examination by Defendant Ana Nemecia Orozco (Mr. Moses).<br>***EX ID:        13*** |
| 12:32 p.m. | Cross examination by Defendant Beatriz Munoz-Carrillo (Mr. Bornstein).<br>***EX ID:        13*** |
| **12:45 p.m.** | **Court in Recess** |
| **2:08 p.m.** | **Court in Session** |
| 2:08 p.m. | Cross examination by Defendant Beatriz Munoz-Carrillo continues (Mr. Bornstein).<br>***EX ID:        13*** |
| 2:27 p.m. | Re-Direct examination by Government (Mr. Boma).<br>***EX ID:        13*** |
| 2:58 p.m. | Re-Cross examination by Defendant Adrian Allen Romero (Mr. Jurdem).<br>***EX ID:        13*** |
| 3:16 p.m. | Re-Cross examination by Defendant Beatriz Munoz-Carrillo (Mr. Bornstein). |
| 3:19 p.m. | Re-Cross examination by Defendant Juliana Monica Atencio (Mr. Ward). |
| **ORDERED:** | Any supplemental briefing or arguments shall be filed in not later than **ten (10) days.** |
| | Defendant Evaristo Orosco's Motion for Return of Property [953], filed November 7, 2008; Defendant Beatriz Munoz-Carrillo's Motion for Return of Property [1017], filed December 16, 2008; and Defendant Ana Nemecia Orozco's Motion for Return of Property [1045], filed January 12, 2009; are raised for argument. |
| 3:28 p.m. | Argument by Defendant Cynthia Orosco (Ms. Casper). |
| 3:29 p.m. | Argument by Government (Mr. Boma). |
| 3:30 p.m. | Argument by Defendant Cynthia Orosco (Ms. Casper). |
| 3:32 p.m. | Argument by Defendant Evaristo Orosco (Mr. Steinberg). |
| 3:35 p.m. | Argument by Government (Ms. Andrews). |

| | |
|---|---|
| 3:39 p.m. | Argument by Defendant Evaristo Orosco (Mr. Steinberg). |
| 3:42 p.m. | Argument by Government (Ms. Andrews). |
| 3:44 p.m. | Argument by Defendant Evaristo Orosco (Mr. Steinberg). |
| 3:46 p.m. | Argument by Defendant Ana Nemecia Orozco (Ms. Moses). |
| 3:46 p.m. | Argument by Government (Ms. Andrews). |
| 3:47 p.m. | Argument by Defendant Ana Nemecia Orozco (Ms. Moses). |
| 3:48 p.m. | Argument by Defendant Beatriz Munoz-Carrillo (Mr. Bornstein). |
| 3:50 p.m. | Argument by Government (Ms. Andrews). |
| 3:53 p.m. | Argument by Defendant Martha Orosco (Mr. Stuckey). |
| 3:54 p.m. | Argument by Defendant Evaristo Orosco (Mr. Steinberg). |
| 3:55 p.m. | Argument by Government (Ms. Andrews). |
| 3:56 p.m. | Argument by Government (Mr. Boma). |
| 3:58 p.m. | Argument by Government (Ms. Andrews). |

**ORDERED:** Defendant Evaristo Orosco's Motion for Return of Property [953], filed November 7, 2008, is **TAKEN UNDER ADVISEMENT.**

**ORDERED:** Defendant Beatriz Munoz-Carrillo's Motion for Return of Property [1017], filed December 16, 2008, is **TAKEN UNDER ADVISEMENT.**

**ORDERED:** Defendant Ana Nemecia Orozco's Motion for Return of Property [1045], filed January 12, 2009, is **TAKEN UNDER ADVISEMENT.**

**ORDERED:** Government shall file supplemental briefing and list of the property held by the Government relating to the motions for return of property within **fifteen (15) days.**

**ORDERED:** Defendants shall file supplemental briefing on the motions for return of property within **twenty (20) days of the filing by the Government.**

|  |  |
|---|---|
|  | Defendant Luz Elena Rodriguez-Carrillo's Motion to Exclude Government's Proposed Money Laundering Expert [1394], filed September 17, 2009, is raised for argument. |
| 4:01 p.m. | Argument by Government (Mr. Boma). |
| 4:03 p.m. | Argument by Defendant Luz Elena Rodriguez-Carrillo (Mr. Goodreid). |
| **ORDERED:** | Defendant Luz Elena Rodriguez-Carrillo's Motion to Exclude Government's Proposed Money Laundering Expert [1394], filed September 17, 2009, is **DEFERRED.** |
|  | Defendant Beatriz Munoz-Carrillo's Motion to Exclude Handwriting Identification Evidence [1397], filed September 18, 2009, is raised for argument. |
| 4:11 p.m. | Argument by Defendant Beatriz Munoz-Carrillo (Mr. Bornstein). |
| 4:11 p.m. | Argument by Government (Mr. Boma). |
| **ORDERED:** | Defendant Beatriz Munoz-Carrillo's Motion to Exclude Handwriting Identification Evidence [1397], filed September 18, 2009, is **DEFERRED.** |
| 4:12 p.m. | Discussion regarding estimated length of trial being approximately eight (8) weeks. |
| **ORDERED:** | Counsel shall meet and confer about scheduling a Daubert hearing within the next sixty (60) to seventy-five (75) days. |
| **ORDERED:** | Defendant Rafael Ramirez-Birrueta's Motion for Leave to File Renewed Motion for Severance After Government Completes [1046], filed January 12, 2009, is **DENIED AS MOOT.** |
| **ORDERED:** | Defendants shall file any renewed motions to sever within **thirty (30) days after the Court's ruling on the James proffer.** |
| **ORDERED:** | Government shall respond to motions to sever within **twenty (20) days of the filing of the motions.** |
| **ORDERED:** | Defendant Adrian Allen Romero's Motion for Leave to File Renewed Motion for Severance After Government Completes Discovery and Briefing on James Motions [1054], filed January 13, 2009, is **DENIED AS MOOT.** |
| **ORDERED:** | Defendant **11. Jose Martinez** is **REMANDED** into the custody of the U.S. Marshal. |

**ORDERED:** Bond **CONTINUED** as to remaining defendants.

**4:21 p.m.** Court in Recess - HEARING CONCLUDED

**TOTAL TIME:   4:47**

**CLERK'S NOTE:** **EXHIBITS WERE RETURNED TO COUNSEL AT THE CONCLUSION OF THE HEARING.**

*\* - Interpreters are required for Defendants 9. Luz Elena Rodriguez-Carrilo, 11. Jose Martinez, 15. Evaristo Orosco, and 16. Martha Orosco.*