UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00275-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3.     RAFAEL RAMIREZ-BIRRUETA,
7.     ANA NEMECIA OROZCO,
8.     BEATRIZ MUNOZ-CARILLO'
9.     LUZ ELENA RODRIGUEZ-CARILLO,
16.    MARTHA OROSCO,
23.    CYNTHIA OROZCO,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The Government shall respond to Defendants' Motion [ECF NO. 1734] on or before **Friday, September 3, 2010.**

    Dated: August 25, 2010